# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EDWARD PERALTA,**

              **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:08-cv-826-Orl-31GJK**

**PATRIOT PRO CLEANING, LLC,**

              **Defendant.**

_____

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANT'S MOTION TO DISMISS (Doc. No. 7)
>
> **FILED:** June 18, 2008
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**. Defendant's motion is improper at this stage of the proceedings, as it relies on evidence outside of the four corners of the Complaint.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 11, 2008.

*/s/ Gregory A. Presnell*
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party